**Order filed January 23, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00523-CV
_____

**MARK THUESEN, Appellant**

**V.**

**CATHERINE E. SCHOOLAR, INDIVIDUALLY; CANDACE GARCIA, INDIVIDUALLY; AARON NEIL CARPENTER, INDIVIDUALLY AND CRAIG PHILLIP MALISOW, INDIVIDUALLY, Appellees**

___

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-49262A**

___

## O R D E R

On January 14, 2014, this court abated this appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 13-37041. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed April 4, 2019.

Unless any party to the appeal files, **by February 12, 2020**, a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.